

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00127-CR

**JERRY DON ELDERS,**

                             **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                             **Appellee**

---

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. DC-F202100474**

---

## MEMORANDUM OPINION

---

We received from the Johnson County District Clerk the notice of appeal of the capital murder conviction of Jerry Don Elders for which the death penalty was imposed. By letter dated May 7, 2024, the Clerk of this Court notified Elders that his appeal was subject to dismissal because, as a court of appeals, we have no jurisdiction of an appeal from a case in which the death penalty has been assessed. *See* TEX. CONST. ART. V, § 5(b). By the same letter, Elders was warned that the appeal would be dismissed unless, within 10 days from the date of the letter, Elders filed a response with the Court showing

grounds for continuing the appeal.  More than 10 days have passed, and Elders has not filed a response.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 44.3.


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion delivered and filed May 23, 2024
Do not publish
[CRPM]

